333 A.2d 871

COMMONWEALTH of Pennsylvania

v.

James E. LEE, a/k/a Jerome Lee, Appellant.

COMMONWEALTH of Pennsylvania

v.

James E. LEE, Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 12, 1974.

Decided March 18, 1975.

Joseph Michael Smith, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Jr., Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, Paul J. Sullivan, Asst. Dist. Atty., Mark Sendrow, Asst. Dist. Atty., Assistant Chief, Appeals Division, Abraham J. Gafni, Deputy Dist. Atty., for Law, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

Judgments of sentence affirmed.